**Sandra RICHARDSON, Appellant,**

v.

**WAL–MART STORES, INC., Respondent.**

**No. WD 58342.**

Missouri Court of Appeals, Western District.

Jan. 30, 2001.

Mark E. Kelly, Liberty, MO, for Appellant.

Randall W. Schroer, Kansas City, MO, for Respondent.

Before SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and NEWTON, Judge.

### ORDER

Sandra Richardson appeals the Labor and Industrial Relations Commission's decision denying her claim for workers' compensation benefits for past medical expenses, future medical expenses and attorney fees. We affirm. Rule 84.16(b).